UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THE JAZZ OF TACOMA FEEL THE BEAT,

    Plaintiff,

    v.

BONE THUGZ 'N' HARMONY, *et al.*,

    Defendants.

Case No. C08-5264FDB

ORDER DENYING MOTION FOR ENTRY OF DEFAULT JUDGMENT

    Plaintiff moves for a default judgment in the amount of $25,000.00 plus $10,000.00 in attorneys' fees and costs for a total judgment of $35,000.00. Plaintiff may be entitled to entry of default if Plaintiff first demonstrates proper service of the defendants and that the defendants, despite proper service, have failed to appear or otherwise defend. Here, Plaintiff merely asserts that he faxed a copy of the complaint to Defendants' counsel, Joseph Porter III, but this does not constitute proper service. The Court, therefore, declines to enter a default in this case at this time and denies the motion for entry of default judgment.

    Moreover, the Court is concerned about the amount in controversy in this case, because the Complaint asserts compensatory damages of $280,000.00, while the default judgment motion seeks a judgment for breach of contract for $25,000.00. In any event, Plaintiff will have to submit sufficient proof of damages should there be a subsequent motion for default and default judgment under Fed. R. Civ. P. 55.

ORDER - 1

ACCORDINGLY, IT IS ORDERED: Plaintiff's Motion for Entry of A Default Judgment [Dkt. # 6] is DENIED.

DATED this 30th day of September 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2