| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| THE JAZZ OF TACOMA FEEL THE BEAT,<br><br>Plaintiff,<br><br>v.<br><br>BONE THUGZ 'N' HARMONY, *et al.*,<br><br>Defendants. | Case No. C08-5264FDB<br><br>ORDER OF DISMISSAL |

Plaintiff Jazz evidently began its efforts to sue defendants in this court with its complaint filed July 27, 2007 (C07-5384RJB). That case was marked by non-conforming responses to court orders and continuances, as well as an order to show cause to Plaintiff corporation relative to the requirement that a corporation be represented by counsel. Before the case was dismissed on February 1, 2008 for failure to prosecute in accordance with the Court's initial orders, Plaintiff asserted that the parties were attempting to settle without the defense counsel having to formally appear in the matter.

Plaintiff Jazz filed the above-captioned case on April 30, 2008. On August 28, 2008, Plaintiff moved for a default judgment, which the Court denied, there being no demonstration of proper service upon the defendants. Moreover, the Court was concerned with a lack of subject matter

ORDER - 1

jurisdiction because of a lack of sufficient amount in controversy. On October 14, 2008, a show cause order was entered giving notice of intent to dismiss because – as in the previous case – the parties had failed to prosecute this case and to file a joint status report.

Plaintiff Jazz now requests an extension of time and requests that the Court either set a default hearing in sixty days or give Plaintiff thirty days to serve the defendants individually. Plaintiff's response reflects a profound lack of understanding of the need for proper service of process. Plaintiff represents in the request that since its previously filed case (C07-5384RJB, referenced above), Defendants have never answered and that since the refiling there has been no contact or answers from the defendants. (Plaintiff's Request, Dkt. # 9, p. 2.) Plaintiff states that if the Court is not satisfied with service, "I can have them served individually in thirty days. Now that I know the Court's concern I will address it; however, for some reason the court's order on the motion to default was not sent to me until October 23, 2008." (Plaintiff's Request, Dkt. # 9, p. 2.)

Plaintiff Jazz's response to the order to show cause and to the court's concerns regarding jurisdiction utterly fails to respond to the Court's concerns regarding subject matter jurisdiction or to support a continuance under all the circumstances. The Court cannot maintain an open case while Plaintiff desultorily attempts to prosecute its case against the defendants on its own schedule.

NOW, THEREFORE, IT IS ORDERED: Plaintiff's "Request For Extension of Time" [Dkt. # 9] is DENIED, and this cause of action is DISMISSED.

DATED this 31st day of October, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2