# United States District Court

WESTERN DISTRICT OF WASHINGTON

THE JAZZ OF TACOMA FEEL THE BEAT,

    PLAINTIFF

JUDGMENT IN A CIVIL CASE

v.

BONE THUGZ 'N' HARMONY, et al.,

    DEFENDANTS

CASE NUMBER: C08-5264FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's "Request For Extension of Time" [Dkt.# 9] is DENIED, and this cause of action is DISMISSED

November 3, 2008

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
_____
Deputy Clerk